**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8464**

CALVIN SCOTT WEDINGTON,

　　　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; MARY
HAUGEN, Unit Manager; LIEUTENANT HANSEN, Corrections
Operations; D. TERRELL, Warden, Federal Medical Center,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.　Deborah K. Chasanow, District Judge.
(8:07-cv-02992-DKC)

Submitted:　January 15, 2009　　　　Decided:　January 26, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Calvin Scott Wedington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Scott Wedington seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on November 21, 2007. The notice of appeal was filed on November 18, 2008. Because Wedington failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED